IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO.** |
| | ) | **03-00241-CB** |
| CARL BROCK, | ) | **CIVIL NO.** |
| | ) | **15-00370-CB** |
| Petitioner/Defendant | ) | |

# FINAL JUDGMENT

Pursuant to separate order entered this date denying Petitioner's motion (Doc 143) as a second or successive petition under 28 U.S.C.S § 2255, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the motion is **DISMISSED** with prejudice.

**DONE** this the 3rd day of August, 2015.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**