IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | 03-00241-CB |
| CARL BROCK, | ) | CIVIL NO. |
| | ) | 15-00411-CB |
|     Petitioner/Defendant | ) | |

## FINAL JUDGMENT

Pursuant to separate order entered this date denying Petitioner's motion (Doc 147) as a second or successive petition under 28 U.S.C.S § 2255, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the motion is **DISMISSED** with prejudice.

**DONE** this the 17th day of August, 2015.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**