IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | 03-00241-CB-B |
| CARL BROCK, ) | |
| ) | |
| Defendant ) | |

## ORDER

This matter is before the Court on defendant Carl Brock's "Renewed Motion to Reduce Sentence Pursuant to § 3582(c)(2). (Doc. 164.) This motion is actually Brock's third motion seeking reconsideration of the order denying his motion for reduction of sentence.[1] Like the previous motions, this motion is also **DENIED**

**DONE** and **ORDERED** this the 17th day of March, 2016

s/*Charles R. Butler, Jr.*
**Senior United States District Judge.**

---

[1] The order was entered March 11, 2015. (Doc. 130.) On November 2, 2015, Brock "renewed" his motion. (Doc. 150.) The Court construed the motion as one for reconsideration and denied it. (Doc. 151.) On November 19, 2015, Brock filed a motion for reconsideration of that order. (Doc. 153.) That motion was quickly denied. (Doc. 154.) On March 15, 2016, Brock filed the instant motion.